UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-02353-WQH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/ TRIAL SETTING** |
| LEONARDO NUNEZ-BECERRA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted (ECF No. 23), and Mr. Nunez-Becerra's motion hearing and trial setting hearing, currently scheduled for January 8, 2024, is continued to February 26, 2024, at 9:00 a.m. Time is excluded pursuant to § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated: January 5, 2024

Hon. William Q. Hayes
United States District Court